| | |
|---|---|
| 1 | **LOPEZ, BARK & SCHULZ LLP** |
| | Harry J. Schulz, III, Esq. (SBN 205625) |
| 2 | *hschulz@lbslawyers.com* |
| | Michael E. Lopez, Esq. (SBN 214937) |
| 3 | *mlopez@lbslawyers.com* |
| | Brian Z. Bark, Esq. (SBN 217514) |
| 4 | *bbark@lbslawyers.com* |
| | 300 Spectrum Center Drive, Suite 1550 |
| 5 | Irvine, CA 92618 |
| | Telephone: (949) 383-9585 |
| 6 | Facsimile: (714) 242-1544 |

JS-6

Counsel for Plaintiff
Pandora Marketing, LLC

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PANDORA MARKETING, LLC, a Wyoming limited liability company, | Case No. 8:21−cv−01137 JVS (DFMx) |
| Plaintiff, | Assigned to: District Judge James V. Selna |
| v. | Courtroom; 10C |
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation, | **ORDER GRANTING REQUESTS FOR DISMISSAL** |
| Defendant. | |
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation, | |
| Counter-Claimant, | |
| v. | |
| PANDORA MARKETING, LLC, a Wyoming limited liability company, and ROES 1 through 20, inclusive, | |
| Counter-Defendants. | |

1  Upon review of the Stipulation And Requests For Dismissal submitted by
2  Pandora Marketing, LLC ("Pandora"), Sentinel Insurance Company, Limited
3  ("Sentinel"), and Indian Harbor Insurance Company ("Indian Harbor"), **IT IS**
4  **HEREBY ORDERED** that:  (a) pursuant to FRCP 41(a)(1)(A)(ii), Pandora's claims
5  against Sentinel in the captioned matter be, and hereby are, dismissed <u>*without*</u>
6  <u>*prejudice*</u>; (b) pursuant to FRCP 41(c), Sentinel's counterclaims against Pandora in the
7  captioned matter be, and hereby are, dismissed <u>*without prejudice*</u>; (c) pursuant to
8  FRCP 41(c), Sentinel's third party complaint in the captioned matter solely as against
9  Indian Harbor be, and hereby is, dismissed <u>*with prejudice*</u>; (d) Sentinel's third party
10 complaint in the captioned matter as against all third party defendants other than
11 Indian Harbor be, and hereby is, dismissed <u>*without prejudice*</u>; and (e) no award of
12 attorneys' fees or costs or expert fees or costs is made in favor of any of the Parties in
13 connection with the captioned matter.
14 **IT IS SO ORDERED.**
15 Dated:  April 13, 2022

_____
Hon. James V. Selna